# United States District Court
# for the Southern District of Georgia
# Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 9:19 am, Jul 07, 2020

```
KEVIN TURNER, as conservator  )
of DANIEL TURNER,             )
                              )
        Plaintiff,            )
                              )
v.                            )       5:18cv-085
                              )
SELECTIVE WAY INSURANCE       )
COMPANY,                      )
                              )
        Defendant.            )
```

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal, dkt. no. 60, wherein they inform the Court that they wish to dismiss this action with prejudice. The stipulation meets the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice.** Each party shall bear its own fees, costs and expenses. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this ___6___ day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)